FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-14-00049-CV

**IN RE** Richard **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On January 21, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 23rd, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 11-04-00096-CVK, styled *Richard Rodriguez v. Camino Agave, Inc.*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.